IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


CLIFFORD JOHNSON                                                                        PLAINTIFF

vs.                              Civil No. 4:11-cv-04065

MICHAEL J. ASTRUE                                                                       DEFENDANT
Commissioner, Social Security Administration


## JUDGMENT

Comes now the Court on this the **26th day of September, 2011**, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that Plaintiff's Complaint be **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE